1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    HANNAH R. LABAREE, Bar #294338
     Assistant Federal Defender
3    Counsel Designated for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5

6    Attorneys for Defendant
     FRANCISCO CARRILLO-SANCHEZ
7

8

                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

| UNITED STATES OF AMERICA, | No.  Cr. S 11-405 KJM |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| FRANCISCO CARRILLO-SANCHEZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable  KIMBERLY J. MUELLER |

12

13

14

15

16

17          Defendant, FRANCISCO CARRILLO-SANCHEZ, by and through his attorney,

18   Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA,

19   by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24          2.      On May 16, 2012, this Court sentenced Mr. Carrillo-Sanchez to term of 93

25   months imprisonment;

26          3.      Mr. Carrillo-Sanchez' total offense level was 37, his criminal history category

27   was I, and the resulting guideline range was 210 to 262 months.  He received a reduction off the

28   low-end of the range on government's motion;

Stipulation and Order Re: Sentence Reduction              1

1       4.      The sentencing range applicable to Mr. Carrillo-Sanchez was subsequently

2   lowered by the United States Sentencing Commission in Amendment 782, made retroactive on

3   July 18, 2014, see 79 Fed. Reg. 44,973;

4       5.      Mr. Carrillo-Sanchez' total offense level has been reduced from 37 to 35, and his

5   amended guideline range is 168 to 210 months.  A reduction comparable to the one he received

6   initially produces a term of 74 months;

7       6.      Accordingly, the parties request the Court enter the order lodged herewith

8   reducing Mr. Carrillo-Sanchez' term of imprisonment to 74 months.

9   Respectfully submitted,

10  Dated:  July 9, 2015               Dated:   July 9, 2015

11  BENJAMIN B. WAGNER        HEATHER E. WILLIAMS
    United States Attorney           Federal Defender
12

13  /s/*Jason Hitt*                /s/ *Hannah R. Labaree*
    JASON HITT                 HANNAH R. LABAREE
14  Assistant U.S. Attorney         Assistant Federal Defender

15  Attorney for Plaintiff           Attorney for Defendant
    UNITED STATES OF AMERICA    FRANCISCO CARILLO-SANCHEZ
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2        This matter came before the Court on the stipulated motion of the defendant for reduction

3    of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Carrillo-Sanchez is entitled to the benefit

5    Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended

6    guideline range of 168 to 210 months.  A reduction comparable to the one he received at initially

7    produces a term of 74 months.

8        IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is

9    reduced to a term of 74 months.

10       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

11   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

12   reduction in sentence, and shall serve certified copies of the amended judgment on the United

13   States Bureau of Prisons and the United States Probation Office.

14       Unless otherwise ordered, Mr. Carrillo-Sanchez shall report to the United States

15   Probation Office within seventy-two hours after his release.

16   Dated:   July 16, 2015

17

18

19   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28