# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:11-CR-00405-KJM |
| FRANCISCO CARRILLO-SANCHEZ | ) | |
|  | ) | USM No: 66531-097 |
| Date of Original Judgment: 5/16/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* |  | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 93 months **is reduced to** 74 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/22/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 08/25/2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date: 11/01/2015               District Judge Kimberly J. Mueller
*(if different from order date)*               *Printed name and title*